IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, et al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:16cv969 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Lucid Pharma, LLC, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(A), (B) and ( C ) and §636(b)(3), the above-captioned matter is hereby referred to Stephanie K. Bowman, United States Magistrate Judge. The Magistrate Judge is empowered to deal with all pretrial and post-judgment motions and procedures, whether dispositive or not, and to render a report and recommendation to the Court on any matters classified as dispositive by statute. No transcript need be prepared on non-dispositive matters.

IT IS SO ORDERED.

                                                                                 ___s/Susan J. Dlott_____
                                                                                 Susan J. Dlott
                                                                                 United States District Court